# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID L. GEORGE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>N.D.O.C., et al.,<br><br>　　　　Defendants. | Case No. 2:12-CV-00175-KJD-(GWF)<br><br>**ORDER** |

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, see 28 U.S.C. § 1915(h), has submitted an application to proceed in forma pauperis (#1) and a civil rights complaint pursuant to 42 U.S.C. § 1983.  The court dismisses this action because plaintiff did not include with his application (#1) a financial certificate, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

IT IS THEREFORE ORDERED that the application to proceed in forma pauperis (#1) is **DENIED** without prejudice.

IT IS FURTHER ORDERED that the clerk of the court shall send plaintiff a blank form for an application to proceed in forma pauperis for incarcerated litigants and a blank civil rights complaint form with instructions.

///
///
///
///

1  IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to plaintiff's
2 commencement of a new action in which he either pays the filing fee in full or submits a complete
3 application to proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a
4 statement of his inmate account. The clerk of the court shall enter judgment accordingly.
5  DATED: March 6, 2012

_____
KENT J. DAWSON
United States District Judge